SPENCER HOSIE (CA Bar No. 101777)
shosie@hosielaw.com
DIANE S. RICE (CA Bar No. 118303)
drice@hosielaw.com
BRANDON C. MARTIN (CA Bar No. 269624)
bmartin@hosielaw.com
DARRELL R. ATKINSON (CA Bar No. 280564)
datkinson@hosielaw.com
FRANCESCA M. S. GERMINARIO (CA Bar No. 326208)
fgerminario@hosielaw.com
HOSIE RICE LLP
600 Montgomery Street, 34th Floor
San Francisco, CA 94111
(415) 247-6000 Tel.
(415) 247-6001 Fax

*Attorneys for Plaintiff,*
SERENIUM, INC.

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| SERENIUM, INC., <br><br> Plaintiff, <br><br> v. <br><br> JASON ZHOU; JIA XIAOFENG; NEW CENTURY HEALTHCARE HOLDING CO. LIMITED; BEIJING JIARUN YUNZHONG HEALTH TECHNOLOGY COMPANY LTD.; AND JUAN ZHAO, <br><br> Defendants. | Case No. 5:20-CV-02132-BLF <br><br> **CERTIFICATE OF SERVICE** <br><br> Judge: Hon. Beth L. Freeman <br> Courtroom: 3, 5th Floor <br><br> **JURY TRIAL DEMANDED** |

CERTIFICATE OF SERVICE                                           Case No. 5:20-CV-02132-BLF

# CERTIFICATE OF SERVICE

I, Lynne Rose Maylath, am a citizen of the United States and am employed in the County of San Francisco, State of California. I am over the age of 18 years and am not a party to the within action. My business address is Hosie Rice LLP, 600 Montgomery Street, 34th Floor, San Francisco, California, 94111.

On May 21, 2020, I caused to be served the following:

- PLAINTIFF SERENIUM, INC.'S EX PARTE APPLICATION FOR ORDER AUTHORIZING ALTERNATE SERVICE OF DEFENDANTS JASON ZHOU, JIA XIAOFENG, NEW CENTURY HEALTHCARE HOLDING CO. LIMITED, BEIJING JIARUN YANZHONG HEALTH TECHNOLOGY COMPANY LTD., AND JUAN ZHAO AND EXTEND THE DEADLINE FOR SERVICE;

- EXHIBIT A THERETO;

- DECLARATION OF SPENCER HOSIE IN SUPPORT OF PLAINTIFF SERENIUM, INC.'S EX PARTE APPLICATION FOR ORDER AUTHORIZING ALTERNATE SERVICE OF DEFENDANTS JASON ZHOU, JIA XIAOFENG, NEW CENTURY HEALTHCARE HOLDING CO. LIMITED, BEIJING JIARUN YANZHONG HEALTH TECHNOLOGY COMPANY LTD., AND JUAN ZHAO AND EXTEND THE DEADLINE FOR SERVICE;

- EXHIBITS 1-19 THERETO; and

- [PROPOSED] ORDER GRANTING PLAINTIFF SERENIUM, INC.'S EX PARTE APPLICATION FOR ORDER AUTHORIZING ALTERNATE SERVICE OF DEFENDANTS JASON ZHOU, JIA XIAOFENG, NEW CENTURY HEALTHCARE HOLDING CO. LIMITED, BEIJING JIARUN YANZHONG HEALTH TECHNOLOGY COMPANY LTD., AND JUAN ZHAO AND EXTEND THE DEADLINE FOR SERVICE

via electronic mail and/or electronic file transfer system at Richmond, California, addressed to the following individual:

XX Liao
elawlink@hotmail.com

1  I declare under penalty of perjury under the laws of the United States of America that
2  the foregoing is true and correct.

4  DATED: May 21, 2020           */s/ Lynne Rose Maylath*
                                  Lynne Rose Maylath