AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 5:20-cv-02132-BLF

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* JASON ZHOU; JIA XIAOFENG; NEW CENTURY HEALTHCARE HOLDING CO. LIMITED; BEIJING JIARUN YUNZHONG HEALTH TECHNOLOGY COMPANY LTD.; AND JUAN ZHAO

was received by me on *(date)* 04/22/2020

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* Defendants' counsel agreed to accept email service on behalf of all Defendants. I served Chinese translations of the Cover Letter, Complaint, and Summons by e-mail to Michelle Clark, an attorney at Quinn Emanuel Urquhart & Sullivan, LLP on May 31, 2020.

My fees are $ 0.00 for travel and $ 0.00 for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 06/02/2020

/s/Spencer Hosie
*Server's signature*

Spencer Hosie, Attorney at Law
*Printed name and title*

600 Montgomery Street, 34th Floor
San Francisco, California 94111
*Server's address*

Additional information regarding attempted service, etc:
I am over 18 years of age, and not a party to this action. This service of Chinese translations of the Cover Letter, Complaint, and Summons supplemented earlier service of all documents required by the Local Rules and the Court's Standing Orders (in English).