AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 5:20-cv-02132-BLF

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* JASON ZHOU; JIA XIAOFENG; NEW CENTURY HEALTHCARE HOLDING CO. LIMITED; BEIJING JIARUN YUNZHONG HEALTH TECHNOLOGY COMPANY LTD.; AND JUAN ZHAO

was received by me on *(date)* 04/22/2020.

❏ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* Defendants' counsel agreed to accept service of process by email on behalf of all Defendants. I served copies of the Complaint and Summons on Defendants' counsel, Michelle Clark, an attorney at Quinn Emanuel Urquhart & Sullivan, LLP, by email on May 29, 2020.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 06/02/2020

/s/ Francesca Miki Shima Germinario
*Server's signature*

Francesca Miki Shima Germinario, Attorney at Law
*Printed name and title*

600 Montgomery Street, 34th Floor
San Francisco, California 94111
*Server's address*

Additional information regarding attempted service, etc:
I am over 18 years of age, and not a party to this action. I served the following documents by email: the Complaint, Summons, and the Supplementary Material required by Civil Local Rule 4-2 (Civil Cover Sheet, Order Setting Initial Case Management Conference and ADR deadlines, Judge Freeman's Standing Orders, CAND All Judges' Standing Order regarding Contents of Joint Case Management Statement, Form for Preparation of the Case Management Statement, and CAND ADR Handbook).