QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Sean Pak (Bar No. 219032)
  seanpak@quinnemanuel.com
  Michelle A. Clark (Bar No. 243777)
  michelleclark@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:     (415) 875-6600
Facsimile:     (415) 875-6700

*Attorneys for Defendants Jason Zhou, Jia Xiaofeng, New Century Healthcare Holding Co. Limited, Beijing Jiarun Yunzhong Health Technology Company Ltd., and Juan Zhao*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| SERENIUM, INC.,<br><br>  Plaintiff,<br><br>  vs.<br><br>JASON ZHOU; JIA XIAOFENG; NEW CENTURY HEALTHCARE HOLDING CO. LIMITED; BEIJING JIARUN YUNZHONG HEALTH TECHNOLOGY COMPANY LTD.; AND JUAN ZHAO;<br><br>  Defendants. | CASE NO. 5:20-cv-02132-BLF<br><br>**DECLARATION OF MICHELLE ANN CLARK IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS OR IN THE ALTERNATIVE TO COMPEL ARBITRATION**<br><br>Date:   September 24, 2020<br>Time:   9:00 a.m.<br>Crt.:    3, 5th Floor<br><br>Hon. Beth Labson Freeman<br><br>Trial Date:          None Set |

I, Michelle Ann Clark, declare as follows:

1. I am a member of the bar of the State of California and a partner with Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for Defendants Jason Zhou, Jia Xiaofeng, New Century Healthcare Holding Co. Limited ("New Century"), Beijing Jiarun Yunzhong Health Technology Company Ltd., and Juan Zhao (collectively, the "Defendants") in this action.

2. I make this declaration in support of Defendants' Motion to Dismiss or in the Alternative to Compel Arbitration (the "Motion"), and if called I could and would testify competently to the matters set forth herein.

3. Attached hereto as **Exhibit A** is a true and correct copy of the Framework Contract between New Century Healthcare (International) Co. Limited and Serenium, Inc. ("Serenium").

4. Nine "sleep kits," which include an Android mobile phone and oximeter, were collected by counsel for New Century and are currently in the custody of Quinn Emanuel's China office. Photographs of the hardware that has been collected were provided to Serenium's counsel, and the parties have agreed upon a protocol for inspection of the sleep kits in Shanghai by consultants for both sides. The parties have further agreed that the sleep kits shall be maintained in the custody of Quinn Emanuel, in China, for the time being.

5. Attached hereto as **Exhibit B** is a true and correct copy of results from Redfin for 4065 Wilkie Way, Palo Alto, CA 94306, which is accessible at https://www.redfin.com/CA/Palo-Alto/4065-Wilkie-Way-94306/home/1021580 (last visited June 22, 2020).

6. Attached hereto as **Exhibit C** is a true and correct copy of the "About" page from Serenium's website, which is accessible at https://www.serenium-inc.com/about (last visited June 22, 2020).

7. Attached hereto as **Exhibit D** is a true and correct copy of the LinkedIn page for Serenium, which is accessible at https://www.linkedin.com/in/serenium/ (last visited June 22, 2020).

8. Attached hereto as **Exhibit E** is a true and correct copy of the LinkedIn profile for Jane Fischer, which is accessible at https://www.linkedin.com/in/janecfischer (last visited June 22, 2020).

9. Attached hereto as **Exhibit F** is a true and correct copy of EquityNet's profile for Serenium, which is accessible at https://www.equitynet.com/c/serenium321 (last visited June 22, 2020).

10. On June 17, 2020, Serenium's counsel represented that it will withdraw the breach of contract claims against certain Defendants. Attached hereto as **Exhibit G** is a true and correct copy of the email correspondence with Serenium's counsel in which he stated he would drop the breach of contract claim against Defendants other than New Century.

11. On June 18, 2020, Serenium's counsel represented that it "withdraws its Breach of Written Contract Claim (First Claim), as to Defendants Jason Zhou and Jia Xiaofeng." Attached hereto as **Exhibit H** is a true and correct copy of said letter.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: June 22, 2020               QUINN EMANUEL URQUHART &
                                   SULLIVAN, LLP


                                   By  */s/ Michelle Ann Clark*
                                       Michelle Ann Clark
                                       *Attorneys for Defendants*