# EXHIBIT E



Add "Law" To Your Resume - Online Master of Legal Studies in 1 year from Wa



Message

Jane Fischer · 3rd
President and CEO at bionode
Greater Chicago Area · 500+ connections · Contact info

bionode
Iowa State University

## Highlights

Reach out to Jane for...
Joining a nonprofit board, Advising companies, Paid consulting.

Message Jane

## Activity
1,038 followers


Hello Giovanni - would appreciate a copy - thank you very much
Jane commented

Webinar Registration: GETTING AHEAD OF THE TIDAL WAVE -...
Jane shared this
1 Reaction

## Experience


Messaging



in  Search  🏠  👥  💼  💬  🔔42  👤  ⋮⋮⋮  Try Premium Free for 1 Month

Jun 2020 – Present · 1 mo
Greater Chicago Area

bionode is a clinical stage medical device company ... es
and modulates elevated intra-ocular eye pressure in ...
irreversible blindness

**Vice President, Business Development**
Serenium
2015 – Jun 2020 · 5 yrs
Greater Chicago Area and Palo Alto, CA

Serenium delivers sleep apnea testing to everyone. ... a
mission is to make medical diagnosis easy, affordab...

Our initial offering (pending FDA approval) is a sleep...    ...mor

**Director Of Operations**
University of Illinois at Chicago
2011 – 2012 · 1 yr
Director of Operations - Operating Room of the Fut...

**Biotechnology Industry & University Relatio... ...tifi
Officer**
Baxter International Inc.
2001 – 2010 · 9 yrs
Deerfield, IL

## Education



**Iowa State University**
Bachelor of Science (BS)



**Harvard Business School**
Executive Development Program

**York Comm High School**
College Preparatory



Messaging  ✏️  ⋯





