# EXHIBIT F

# Serenium | EquityNet

*EquityNet*



HIGHLAND PARK, IL 60035, US
Healthcare

Serenuim "Serenium, the future of healthcare" (tm) .Powered by Sereniumlink (tm) is a socially responsible Medical Service Delivery Company based in Greater Chicago Area. Serenium vision is to deliver highest quality, socially responsible, economically viable medicine to the local community to optimize health outcomes.
Serenium Co-founders are: Dr. David Gozal (Chairman), Dr. Mark Schacht, and David Rosen

## General Information

What is your business name?

Where is your business located?

Where is your business located?

Where is your business located?

Where is your business located?

## Social Links

## Company Industry

Select Industry:

## Company Description

Please describe your company.

Please describe your company.

## Company Financials

Viewable by EquityNet investors only

Case 5:20-cv-02132-BLF   Document 27-7   Filed 06/22/20   Page 3 of 5

## Company Age & Size

## Stock Exchange

Is this company privately-held or publicly-traded?

Privately-HeldPublicly-Traded

**Health care delivery**

Serenuim "Serenium, the future of healthcare" (tm) .Powered by Sereniumlink (tm) is a socially responsible Medical Service Delivery Company based in Greater Chicago Area. Serenium vision is to deliver highest quality, socially responsible, economically viable medicine to the local community to optimize health outcomes.
Serenium Co-founders are: Dr. David Gozal (Chairman), Dr. Mark Schacht, and David Rosen

**Chief Executive Officer**

## David Rosen



**President Operating Officer**

## Cory Zwerling



**Director**

## Dr. David Gozal



**Director Physician/Medical Officer**

**Dr. Mark Schacht**



**Vice President Business Development**

**Dr. Mladen Kralj**



**Chief Technology Officer**

**Dr. Oded Maimon**



**Vice President Physician/Medical Officer**

**Dr. Mirella Susnjar**



Funding Goal$10,000,000

Funding Remaining$10,000,000

Funding TypeEquity

# General Funding

 Show your General Funding information publicly

Showing your General Funding information publicly may constitute general

solicitation. General solicitation is a new commonly-used way for companies to raise funding. To learn about general solicitation, consult your legal counsel. If you uncheck this box, your General Funding information will be viewable to only EquityNet investors.

## Private Funding

Viewable by EquityNet investors only

## Complete a Business Plan in EquityNet

Your EquityNet business plan is only viewable to capital providers and business supporters that you choose to share with in the "Crowdfund" or "Messages" tab. Investors prefer an EquityNet business plan. Entering a plan is highly educational and improves your appeal to investors.

## Upload Documents

Document file names will be viewable by EquityNet investors and business supporters only. Actual documents are only viewable to capital providers and business supporters that you choose to share with in the "Crowdfund" or "Messages" tab.