

ATTORNEYS AT LAW

Transamerica Pyramid, 34th Floor
600 Montgomery Street
San Francisco, CA 94111
Tel.: 415.247.6000  F: 415.247.6001

July 28, 2020

**VIA ECF**

Hon. Beth Labson Freeman
United States District Court
280 South 1st Street, Courtroom 3 – 5th Floor
San Jose, CA 95113

      Re:    *Serenium, Inc. v. Jason Zhou et al.*, Case No. 5:20-cv-02132-BLF (NC)

Dear Judge Freeman:

      The parties write to inform the Court that, contrary to the discussion at the July 16, 2020 Case Management Conference, Serenium will not take any jurisdictional discovery. China does not permit the taking of depositions in China for use in foreign courts.[1] Thus, to provide the four depositions noticed by Serenium (New Century, Mr. Zhou, Ms. Zhao, and Mr. Jia), the witnesses would have to leave their residences in Beijing and travel to Macau or Hong Kong to be deposed. COVID-related restrictions make it highly burdensome for residents of Beijing to travel to Macau, Hong Kong, or other locations where formal depositions can be conducted.

      New Century offered to provide one witness for two video depositions (Mr. Jia personally and as New Century's 30(b)(6)) in Macau on August 6 (Beijing Time), and further offered to make the other two witnesses (Mr. Zhou and Ms. Zhao) available for unsworn videotaped interviews in Beijing in the format of a deposition, which the parties would stipulate could be treated for admissibility purposes as though the interviews were a formal deposition. Sereniuim's counsel states that they are not comfortable conducting an unsworn deposition. Nor are Serenium counsel comfortable taking just the one witness out of several that it noticed. Thus, Serenium's counsel has declined to take jurisdictional discovery.

---

[1] https://travel.state.gov/content/travel/en/legal/Judicial-Assistance-Country-Information/China.html



Hon. Beth Labson Freeman
July 29, 2020
Page 2

     Since no jurisdictional discovery will be conducted, the briefing on New Century's Motion to Dismiss, ECF 27, is now complete, and the matter submitted, pending argument (if the Court so desires) on September 24, 2020.  New Century's counsel has consented to the filing of this letter.

                                 Very truly yours,

                                   */s/ Spencer Hosie*
                                 Spencer Hosie

Cc: Defense Counsel