# EXHIBIT A

## REDACTED VERSION OF
## DOCUMENT SOUGHT TO BE SEALED

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

August 19, 2020

**VIA E-MAIL**

The Honorable Nathanael M. Cousins
United States District Court for the Northern District of California
San Jose Division
2870 South First Street
San Jose, California 95113

Re: Serenium, Inc. v. Zhao, et al, 5:240-cv-02132 (N.D. Cal.)

Dear Judge Cousins:

Following the August 12 hearing and as authorized by the Court, defendants New Century et al. (collectively, "Defendants") submit this supplemental letter brief regarding Serenium's Cal. Code Civ. Proc. § 2019.210 Identification of Trade Secrets ("ITS").

[redacted]

[redacted]

[redacted]



REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED



REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

---

[2] Serenium has already sought to exploit the overbreadth and ambiguity in its ITS to seek sweeping discovery regarding ***all*** "remote diagnosis of patients" (RFP No. 4); all "marketing, use, planned use, sale, provision, or development of diagnostics, screening, therapeutics, or treatments for sleep apnea, sleep efficiency, or other sleep related-conditions" (RFP No. 12); all data collected or used by Defendants relating to "sleep apnea data, sleep efficiency data, or data related to other sleep-related conditions" (RFP No. 13); all documents relating to "any telemedicine or remote medical technology" (RFP No. 16); and all "treatments and surgeries" falling within 30 different subcategories (RFP No. 30).

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED



REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED



REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

Very truly yours,

*/s/Michael D. Powell*

Michael D. Powell

09918-00001A/12294389.1