SPENCER HOSIE (CA Bar No. 101777)
shosie@hosielaw.com
DIANE S. RICE (CA Bar No. 118303)
drice@hosielaw.com
DARRELL R. ATKINSON (CA Bar No. 280564)
datkinson@hosielaw.com
HOSIE RICE LLP
600 Montgomery Street, 34th Floor
San Francisco, CA 94111
(415) 247-6000 Tel.
(415) 247-6001 Fax

*Attorneys for Plaintiff*
*SERENIUM, INC.*

SEAN PAK (CA Bar No. 219032)
seanpak@quinnemanuel.com
MICHELLE A. CLARK (CA Bar No. 243777)
michelleclark@quinnemanuel.com
MICHAEL D. POWELL (CA Bar No. 202850)
mikepowell@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

*Attorneys for Defendants Jason Zhou, Jia*
*Xiaofeng, and New Century Healthcare Holding*
*Co. Limited*

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| SERENIUM, INC.,<br><br>                    Plaintiff,<br><br>          v.<br><br>JASON ZHOU; JIA XIAOFENG; AND NEW CENTURY HEALTHCARE HOLDING CO. LIMITED;<br><br>                    Defendants. | Case No.  5:20-cv-02132-BLF<br><br>**JOINT NOTICE OF SETTLEMENT**<br><br>Hon. Beth Labson Freeman<br><br>Date Filed: March 27, 2020 |

1     Plaintiff Serenium, Inc. ("Serenium"), and Defendants Jason Zhou, Jia Xiaofeng, and New

2   Century Healthcare Holding Co. Limited, by and through their respective counsel, hereby advise

3   the Court that the Parties have reached a settlement of all matters in dispute, and request that the

4   Court vacate all pending due dates.

5

6   Dated: December 10, 2021

7

8     HOSIE RICE LLP                          QUINN EMANUEL URQUHART &
                                              SULLIVAN, LLP
9

10    By: */s/ Spencer Hosie*                 By: */s/ Mike Powell*

11    SPENCER HOSIE (CA Bar No. 101777)       SEAN PAK (CA Bar No. 219032)
      shosie@hosielaw.com                     seanpak@quinnemanuel.com
12    DIANE S. RICE (CA Bar No. 118303)       MICHELLE A. CLARK (CA Bar No.
      drice@hosielaw.com                      243777)
13    DARRELL R. ATKINSON (CA Bar No.         michelleclark@quinnemanuel.com
      280564)                                 MICHAEL D. POWELL (CA Bar No.
14    datkinson@hosielaw.com                  202850)
      HOSIE RICE LLP                          mikepowell@quinnemanuel.com
15    600 Montgomery Street, 34th Floor       QUINN EMANUEL URQUHART &
      San Francisco, CA 94111                 SULLIVAN, LLP
16    (415) 247-6000 Tel.                     50 California Street, 22nd Floor
      (415) 247-6001 Fax                      San Francisco, California 94111-4788
17                                            Telephone: (415) 875-6600
                                              Facsimile: (415) 875-6700
18    *Attorneys for Plaintiff*
      *SERENIUM, INC.*                        *Attorneys for Defendants Jason Zhou, Jia*
19                                            *Xiaofeng, and New Century Healthcare Holding*
                                              *Co. Limited.*
20

21

22

23

24

25

26

27

28

1

**ATTESTATION OF CONCURRENCE**

2

3          I am the ECF user whose ID and password are being used to file this Joint Discovery

4    Statement. Pursuant to Civil L.R. 5-1(i)(3), I hereby attest that each of the signatories identified

5    above has concurred in the filing of this document.

6

7

8    Dated: December 10, 2021                    By   _/s Mike Powell_____
                                                      MICHAEL D. POWELL
9                                                     *Counsel on behalf of Defendants*

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28