**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| SERENIUM, INC., <br>   Plaintiff, <br> v. <br> JASON ZHOU, et al., <br>   Defendants. | Case No. 20-cv-02132-BLF <br><br> **ORDER GRANTING REQUEST TO VACATE ALL DATES** <br><br> [Re: ECF No. 127] |

The parties have filed a Notice of Settlement, requesting that all dates in the case be vacated. The request to vacate all dates is GRANTED.

**IT IS SO ORDERED.**

Dated: December 13, 2021

_____
BETH LABSON FREEMAN
United States District Judge